IN THE UNITED STATES BANAKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 13-16856
)
First Choice Homecare, Inc., ) Judge Arthur I. Harris
)
Debtor. ) Chapter 7 Case

TO THE CLERK OF THE COURT:

The concurrent ACH payment (evidenced by check no. 1016) in the amount of $2,187.20 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the party entitled to these unclaimed funds is as follows:

| CREDITOR NAME & ADDRESS | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Tyrone C. Millhouse, II<br>1274 Courtland Avenue<br>Akron, OH 44320 | 35 | $2,187.20 | $2,187.20* |

Dated: April 18, 2016

/s/ David O. Simon
David O. Simon, Trustee
1370 Ontario Street, suite 450
Cleveland, OH 44113-1744
(216) 621-6201
david@simonlpa.com

*The actual wage claim was greater and the difference is represented by withholdings remitted to the taxing authorities which have not been reversed. This amount represents the payment to the claimant.